**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Nona Jackson

v.　　　　　　　　　　　　　　　　　　　Case Number: 4:24–cv–00184

Trans Union, LLC, et al.

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/10/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:　　February 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk